## STEMMONS v. LYNCH et al.

No. 16991—Opinion Filed Dec. 14, 1926.

Error from District Court, Tulsa County; Z. I. J. Holt, Judge.

Action between W. J. Stemmons and R. E. Lynch et al. From the judgment the former brings error. Reversed and remanded.

Bailey E. Bell and Frank Hickman, for plaintiff in error.

O. S. Booth, for defendants in error.

PER CURIAM Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendants in error to file a brief as required by rule 7 of this court.